ACCEPTED
09-25-00135-CV
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
4/23/2025 4:57 PM
CARLY LATIOLAIS
CLERK

CASE NO. 09-25-00135-CV

IN THE COURT OF APPEALS
FOR THE NINTH DISTRICT OF TEXAS
AT BEAUMONT

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
4/23/2025 4:57:00 PM
CARLY LATIOLAIS
Clerk

PORT ARTHUR INDEPENDENT SCHOOL DISTRICT,

Appellant,

vs.

DWIGHT WAGNER,

Appellee.

On Appeal from the 58th Judicial District Court of
Jefferson County, Texas
Trial Court Cause No. 24DCCV2154

**APPELLANT'S UNOPPOSED MOTION TO TRANSFER
PURSUANT TO TEX. R. APP. 27A**

COMES NOW Appellant Port Arthur Independent School District ("PAISD")

and files this unopposed Motion to Transfer pursuant to Texas Rule of Appellate

Procedure 27a, requesting the transfer of this appeal from the Ninth Court of Appeals

to the Fifteenth Court of Appeals. Tex. R. App. P. 27a.

This matter concerns an interlocutory appeal from the denial of PAISD's

Amended Plea to the Jurisdiction under Texas Civil Practice and Remedies Code §

51.014(a)(8). Tex. Civ. Prac. & Rem. Code §51.014(a)(8). While initially filed with

1

the Ninth Court of Appeals, Plaintiff's joinder of the Texas Commissioner of Education, Michael Morath, in Plaintiff's First Amended Petition shifts the jurisdiction to the Fifteenth Court of Appeals. Pursuant to Texas Government Code § 22.220(d)(1), effective September 1, 2024, the Fifteenth Court of Appeals possesses exclusive intermediate appellate jurisdiction over matters involving an executive branch agency or officer, including the Texas Education Agency and its Commissioner. Tex. Gov't Code § 22.220(d)(1)

Thus, as the Texas Commissioner of Education is a party to the underlying litigation, jurisdiction properly lies with the Fifteenth Court of Appeals, making this transfer necessary.

Accordingly, Appellant respectfully requests this Court to transfer this appeal to the Fifteenth Court of Appeals, consistent with Tex. Gov't Code § 22.220(d)(1) and Tex. R. App. 27a.

### Prayer

For the above reasons, Appellant prays that the Court transfer the matter to the Fifteenth Court of Appeals.

Respectfully submitted,

By: /s/ *Marivious Allen*

    Marivious Allen
    State Bar No. 24126295
    mallen@caflawgroup.com
    Melody Carrier
    State Bar No. 00785096
    mcarrier@caflawgroup.com
    Carrier Law Group, P.C.
    Telephone: (409) 833-1119
    Facsimile: (409) 271-3690
    Attorneys for Appellant, Port Arthur
    Independent School District

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 23, 2025, I conferred with Bradon Monk, counsel for Appellee, via e-mail regarding the subject matter of this motion. Plaintiff's counsel has informed me that Plaintiff is not opposed to the relief requested in this motion.

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing Motion to Transfer has been served on the following counsel of record via electronic service on this the 23rd day of April 2025.

BRANDON MONK
State Bar No. 24048668
The Monk Law Firm
4875 Parker Drive
Beaumont, Texas 77705
(409) 724-6665
(409) 729-6665 fax
brandon@themonklawfirm.com
*Counsel for Plaintiff/Appellee*

SHERLYN HARPER
State Bar No. 24093716
MAYA BAILEY
State Bar No. 24132648
Assistant Attorney General
Administrative Law Division
OFFICE OF THE TEXAS ATTORNEY GENERAL
808 Travis Street, #1520
Houston, Texas 77002
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
sherlyn.harper@oag.texas.gov
*Counsel for Defendant, Michael Morath,*
*Texas Commissioner of Education*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Marivious Allen on behalf of Marivious Allen
Bar No. 24126295
mallen@caflawgroup.com
Envelope ID: 100011832
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Motion to Transfer
Status as of 4/24/2025 7:53 AM CST

Associated Case Party: Port Arthur Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Melody Carrier | | mcarrier@caflawgroup.com | 4/23/2025 4:57:00 PM | SENT |
| Marivious Allen | | mallen@caflawgroup.com | 4/23/2025 4:57:00 PM | SENT |
| Tracie Bullock | | tracie@caflawgroup.com | 4/23/2025 4:57:00 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brandon Monk | 24048668 | brandon@themonklawfirm.com | 4/23/2025 4:57:00 PM | SENT |

Associated Case Party: Michael Morath, Texas Commissioner of Education

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sherlyn Harper | 24093176 | sherlyn.harper@oag.texas.gov | 4/23/2025 4:57:00 PM | SENT |

Associated Case Party: Dwight Wagner

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brandon Monk | 24048668 | brandon@themonklawfirm.com | 4/23/2025 4:57:00 PM | SENT |